UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACOB PARLIN,<br><br>Defendant. | Criminal No. 21-10350-LTS-10 |

ORDER ON DEFENDANT'S APPEAL OF ORDER OF DETENTION
PURSUANT TO 18 U.S.C. § 3145 (DOC. NO. 221)

February 13, 2023

SOROKIN, J.

Defendant Jacob Parlin was arrested in Maine on charges issuing from the District of

Massachusetts.  Parlin sought his release in Maine.  Magistrate Judge John Rich held a hearing

and, at the conclusion of the hearing, ordered Parlin detained on both the grounds of risk of flight

and danger to the community. Judge Rich made his ruling on December 29, 2021; he explained

his decision meticulously and in detail.  Tr. of Detention Hr'g, United States v. Parlin, No. 21-

MJ-00324-JHR (D. Me.), ECF No. 23.  Parlin made his initial appearance in the District of

Massachusetts on January 12, 2022. Magistrate Judge Dein adopted the order of detention issued

by Magistrate Judge Rich.  On November 23, 2022, Parlin moved to reopen the detention hearing

and sought his release to one of two residential drug treatment programs in Maine based upon

brief letters from each program offering him admission.  Doc. No. 201.  After a remote hearing

and careful consideration, Judge Dein issued, on December 22, 2022, a concise, comprehensive

written explanation of her decision denying Parlin's request.  Doc. No. 212.  Specifically, she

determined Parlin failed to advance a proper basis to reopen the detention hearing and,

separately, denied the request for release on the merits.  Id.  On January 20, 2023, Parlin

appealed that decision to the undersigned, the district judge assigned to Parlin's case, pursuant to

18 U.S.C. § 3145.  Doc. No. 221.  Throughout the detention proceedings in both the District of

Maine and the District of Massachusetts, at each step, both the government and the Probation

Office have each opposed the release of the Defendant.  The undersigned has reviewed the entire

record before the Court, including the transcript of the proceedings before Magistrate Judge

Rich, Tr. of Detention Hr'g, United States v. Parlin, No. 21-MJ-00324-JHR (D. Me.), ECF No.

23, and considered the appeal de novo.  The appeal is DENIED, the decision of Magistrate Judge

Dein refusing to reopen the detention hearing is AFFIRMED, and the decisions of Magistrate

Judges Rich and Dein ordering Parlin detained are AFFIRMED.  Parlin has failed to advance

evidence or reasons sufficient to reopen the detention hearing, indeed he has really offered

nothing materially new.  As to the merits of the order of detention, I weigh and evaluate the

factors just as Magistrate Judges Rich and Dein did and reach the same result.  Briefly, the Court

notes the Defendant's extensive and violent past, and his repeated failure to comply with

governing court orders or the directions of law enforcement.  In a case such as this with, for

release purposes, strong evidence that would result in a lengthy sentence for distribution of

controlled substances if there is a conviction, the Court concludes the government has met its

burdens of proof to detain Parlin.  Accordingly, the Order of Detention remains in effect and is

affirmed.


                                    SO ORDERED.


                                     /s/ Leo T. Sorokin
                                    Leo T. Sorokin
                                    United States District Judge

2