UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 1: 21-CR-10350-LTS-9 |
| ) | |
| ELI SANDERS ) | |

**ELI SANDERS' EMERGENCY MOTION TO BE TRANSFERRED FROM ALLENWOOD AND AFFIDAVIT OF JAMES B. KRASNOO IN SUPPORT THEREOF**

Eli Sanders moves that he be transferred from F.C.I. Allenwood and assigns as reasons therefore the following:

1. On February 2, 2023, Eli Sanders was sentenced to 60 months to be served.

2. Although Mr. Sanders requested and received a judicial recommendation to the Bureau of Prisons that he be sent to F.C.I. Danbury, he was sent to F.C.I. Allenwood.

3. On March 3, 2023, undersigned counsel had a telephone conversation with his client.

4. Mr. Sanders was recognized by an inmate who knew of his past which is recounted in applicable part at page 11 ¶ 43 of his Presentence Report. As a result of that recognition, undersigned counsel avers that Mr. Sanders was informed by an inmate that he was to remove himself from the section of the prison in which he is housed. At a commissary table, an inmate, different from the first who had approached him earlier in the day, informed him that because of his past offense he was not to sit at the table where he was located.

5. When Mr. Sanders spoke to a Lieutenant of these events, he was told that if he did not name those who had "threatened" him, he would lose his good conduct time.

6. Based on the information obtained by undersigned counsel, undersigned counsel believes that Mr. Sanders is in immediate danger and needs immediate transfer to another facility.

7. If the Court requests a hearing in this matter, undersigned counsel reports that he has been engaged in a first degree murder case in Essex Superior Court at Salem, MA since February 13, 2023 and therefore requests that, if such a hearing is necessary, it be held by zoom.

8. Undersigned counsel spoke with AUSA Pellegrini in this matter and upon information and belief undersigned counsel believes that she will inform the Court that she takes no position on this motion.

WHEREFORE, for the above reasons, the defendant requests that this motion be granted.

> The Defendant
> Eli Sanders,
> By his Attorney,
> */s/ James B. Krasnoo*
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo, Klehm & Falkner LLP
> 28 Andover Street
> Suite 240
> Andover, MA  01810
> (978) 475-9955
> jkrasnoo@kkf-attorneys.com

**AFFIDAVIT OF JAMES B. KRASNOO**

I James B. Krasnoo, being duly deposed and sworn, aver as follows:

1. I am the court-appointed attorney for the defendant in the above entitled matter.
2. I have read the contents of this above motion that I have prepared on behalf of Mr. Sanders.
3. I swear as to the above facts of which I have personal knowledge that they are true.

4. I swear as to the above facts of which I do not have personal knowledge, upon information and belief, that I believe them to be true and correct.

Signed under the pins and penalties of perjury, this 3rd day of March, 2023.

/s/*James B. Krasnoo*
James B. Krasnoo

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first class mail, postage prepaid, on March 3, 2023.

/s/*James B Krasnoo*
James B. Krasnoo