IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                    Case 21-10350-1 LTS
                          (US v. Harry Tam)

HARRY TAM, et al.,
    Defendants.

## RESPONSE TO COURT ORDER

Defendant, Harry Tam, by his counsel, Kevin L. Barron, Esq., respectfully responds to the Honorable Court's Order of March 6, 2023 (Clerk's Notes, Doc. 257).  Defendant Tam wishes to revise the motion to suppress and to file two motions, one concerning the wiretap and another concerning the search of defendant's residence.  Defendant proposes filing these motions by April 12, 2023.

Dated: March 13, 2023

Respectfully submitted,
Harry Tam, Defendant
By his counsel,
/s/Kevin L. Barron
Kevin L. Barron, Esq.
P.O. Box 290533
Charlestown, MA 02129
(617) 407-6837

## CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this motion to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/Kevin L. Barron