```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES of AMERICA,

    v.                                        Case 1:21-cr-10350-1 LTS

HARRY K. TAM,
        Defendant.

                    ASSENTED-TO MOTION FOR
                EXTENSION OF TIME TO FILE DOCUMENT

Defendant, Harry K. Tam, by his counsel, Kevin L. Barron, Esq., respectfully moves the Honorable Court, with the government's assent, for an order extending time to file revised motions to suppress by two weeks to April 26, 2023. Good cause exists to grant this motion. Counsel is reviewing discovery and reading applicable law and finds that he will not be able to complete the motions by April 12. The discovery is extensive and the issues are complex.

Defendant requests a brief scheduling conference.

Dated: April 10, 2023          Respectfully submitted,
                                            Harry K. Tam, defendant
                                            By his counsel,
                                            <u>Kevin L. Barron</u>
                                            Kevin L. Barron, Esq.
                                            P.O. Box 290533
                                            Charlestown, MA 02129
                                            (617) 407-6837

                       CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

                                                        <u>Kevin L. Barron</u>