UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 21-CR-10350-LTS

_____

UNITED STATES

v.

HENRY VUONG

_____

**DEFENDANT'S MOTION TO BE EXCUSED FROM ATTENDANCE AT APRIL 25 HEARING**

The defendant Henry Vuong, by his counsel, moves that the Court excuse Mr. Vuong from appearing at the April 25 hearing. In support of this motion, the defendant states:

1. The defendant lives and works at quite some distance from the courthouse. He does not have his own transportation. He is scheduled to work on Tuesday.

2. The defendant has decided to plead guilty and will not be going to trial. His counsel is negotiating a plea agreement with the government.

3. Counsel has contacted the government to ask for its assent to this motion, but has not heard back from government counsel. Undersigned counsel believes that the government will not object to this motion.

Respectfully submitted
The defendant Henry Vuong
By his attorney

/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO 411780
Rankin & Sultan
1666 Massachusetts Ave., Suite 16
Lexington, MA 02420
(617-720-0011
crankin@rankin-sultan.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 21, 2023.

/s/Charles W. Rankin
Charles W. Rankin