IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

    v.                                 Case 1:21-cr-10350-1 LTS

HARRY K. TAM,
      Defendant.

MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE

    Defendant, Harry K. Tam, by his counsel, Kevin L. Barron, Esq., respectfully moves the Honorable Court for an order allowing production of a transcript of the February 27, 2023 hearing on the government's motion for disqualification of defendant Tam's then attorney.  Such a transcript is necessary to the defense and should be provided free of charge.  See, *Britt v. North Carolina,* 404 US 226 (1971) and its progeny.  A CJA24 request is being submitted by eCJA with this motion.

Dated: April 21, 2023              Respectfully submitted,
                                          Harry K. Tam, defendant
                                          By his counsel,
                                          <u>Kevin L. Barron</u>
                                          Kevin L. Barron, Esq.
                                          P.O. Box 290533
                                          Charlestown, MA 02129
                                          (617) 407-6837

CERTIFICATE OF SERVICE

    Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.
                                                       <u>Kevin L. Barron</u>