UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action 21-cr-10350 |
| | ) |
| | ) |
| JAMES COLARMARIA, | ) |
|     Defendant | ) |

## MOTION TO WAIVE PRESENCE OF DEFENDANT

Now comes counsel for the defendant, James Colamaria, in the above captioned matter and moves this Honorable Court to allow the defendant's presence to be waived from appearing in Court on Tuesday, April 25, 2023.

As reasons therefore the defendant states:

1. Counsel is in negotiations with the AUSA for a change of plea on behalf of Mr. Colamaria.
2. The defendant wishes to waive his appearance.
3. The defendant has an issue with respect to transportation.
4. The defendant has discussed with counsel his position as to trial issues or delays thereto and allows counsel to speak on his behalf without his presence.
5. The prosecutor assents to this motion.

For the foregoing reasons, the defendant prays this Court will excuse his presence.

                          Respectfully submitted,
                          JAMES COLAMARIA
                          By his attorney,

                          */s/ Joan M. Fund*
                          Joan M. Fund
                          Fund & FitzGerald
                          245 First Street
                          Suite 1800
                          Cambridge, MA 02142
                          Tel:  617 444 8762
                          Cell: 508 878 6830
                          BBO #181430

2

<u>Certificate of Service</u>

    I certify that I have served a copy of the above on AUSA Pellegrini, and all others required to be noticed, by ECF.

|  |  |
|---|---|
| April 24, 2023 | <u>/s/ Joan M. Fund</u><br>Joan M. Fund |