UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  21-CR-10350-LTS |
| | ) | |
| TONY NGUYEN | ) | |

**Motion to Waive Defendant's Presence**

Defendant Tony Nguyen hereby moves to waive his presence at the status conference on April 25, 2023. As grounds for this motion, Mr. Ngyuen states that he has been declared indigent, resides in California, and is unable to travel to Massachusetts to appear in person. If the court were to provide a Zoom link, Mr. Nguyen could attend virtually by videoconference.

    TONY NGUYEN
    By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 24, 2023.

/s/ *E. Peter Parker*
E. Peter Parker