UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 20-CR-10350-LTS

**MARCUS LEYDEN,**
       **Defendant**

## MOTION TO SCHEDULE RULE 11 HEARING

The Defendant, Marcus Leyden , hereby moves this Honorable Court to schedule a Rule 11 hearing. Undersigned counsel has conferred with AUSA Nadine Pellegrini and AUSA Amanda Beck regarding a mutually agreeable date and request the Court to schedule the hearing for May 30 <u>morning only</u> or May 31 all day.

/s/ *Carlos J. Dominguez*

Carlos J. Dominguez
90 Canal Street
Fourth Floor, Suite 400
Boston, MA 02114
(617) 742-2824
BBO # 567005                              Date: 5/5/2023

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served this 5th day of May, 2023 via ECF Filing System to all interested parties.

/s/ *Carlos J. Dominguez*
Carlos J. Dominguez