UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 21-10350-LTS |
| HARRY TAM, | |
| Defendant | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO SUPPRESS STATEMENT**

The United States of America, by Rachael R. Rollins, United States Attorney, and Nadine

Pellegrini, Assistant United States Attorney for the District of Massachusetts, hereby files this

Response to the Defendant Harry TAM's (TAM) Motion to Suppress Statements [Dkt. 284].

I. Issue Before the Court

TAM has moved for suppression of statements made by him on May 3, 2021, after TAM

was arrested at his home by officers from the Boston Police Department (BPD) in response to a

call regarding TAM's violation of a restraining order.[1]

The government hereby states that it has no intention of using the Defendant's statements

made on May 3, 2021, at trial or for any other purpose during the pendency of this case.  As a

result, the government believes that the issue of suppression is moot and need not be reached by

the Court.  See United States v. Bass, 2022 WL 1239926 (D. Mass. 2022)(court denied

---

[1] To the extent that the Defendant claims that the May 3, 2021 arrest was a "pretext"; that
the restraining order filed by the Defendant's partner had not been served; and that the Defendant
was not advised of his Miranda rights, the government disagrees with all of the foregoing. While
the government agrees that it was not able to provide counsel with a copy of the Miranda card
prior to the filing of the Defendant's Motion, the card has now been produced.

defendant's motion to suppress as moot as the government represented that it did not intend to

use of the challenged statements at trial).

Respectfully submitted,

RACHAEL R. ROLLINS
United States Attorney

By:    /s/ *Nadine Pellegrini*
       NADINE PELLEGRINI
       Assistant United States Attorney
       617-748-3261

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) .

/s/*Nadine Pellegrini*
NADINE PELLEGRINI
Assistant United States Attorney

Date: May 16, 2023