# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | |
| ) | **Criminal No.** |
| v. ) | 1:21-cr-10350 -LTS |
| ) | |
| James Colamaria , ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE TO COUNSEL – PROBATION INTERVIEW OF DEFENDANT

**SOROKIN, D.J.**

The parties have requested a hearing for a change of plea under Fed. R. Crim. P. 11, which has been scheduled for June 1, 2023.

In order to avoid unnecessary delays in the preparation of the pre-sentence report, and to maximize the efficient use of court and other government resources, counsel for the defendant is strongly encouraged to schedule the probation interview of the defendant for the same day as the change of plea. If the necessary arrangements cannot be made for the interview to occur that day, counsel should make efforts to schedule it as soon as reasonably practicable thereafter.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Court Judge

Dated: 5/18/2023