IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

   v.                                                                               Case 1:21-cr-10350-1 LTS

HARRY K. TAM,
      Defendant.

*ERRATA* TO REVISED MOTION TO SUPPRESS WIRETAP

     Defendant, Harry Tam, by his counsel, Kevin L. Barron, Esq., respectfully offers the Honorable Court the within corrections of errors contained in the defendant's May 3, 2023 Motion to Suppress Wiretap (Doc. 290).

     1.     Page 10, last full sentence, substitute "Duong" for "Vuong".  The sentence should read as follows: "Not only had the Midas shop ceased to be an alleged delivery point, but TFO's already knew that Nguyen had been the source of alleged supply (see paragraph next above) and Nguyen's packages were being shipped by Fed Ex to *Duong* in Canton."  Doc. 290, p. 10.

     2.     Page 13, first full paragraph, third sentence and parenthetical, substitute "May 3, 2021" for "March 3, 2021".  The sentence should read as follows: " Tam had been removed from his home by restraining order on April 30, 2021 (although not served, BPD officers had earlier notified him of its existence and ordered him off the premises, not a sufficient ground to later arrest him on *May* 3, 2021)."

     3.     Page 21, first paragraph, sixth sentence, substitute "November 6 delivery to the Brookline Midas shop" for "November 6 delivery to Vuong in Canton".  The sentence should read as follows: "There are no DEA-6's and no allegation in the affidavit concerning deliveries observed on the pole camera outside Mr. Tam's front door in Allston for the period from

Leyden's October arrest or after the November 6 delivery to the Brookline Midas shop until after the March 3, 2021, warrant application."

| | |
|---|---|
| Dated: May 23, 2023 | Respectfully submitted,<br>Harry K. Tam, defendant<br>By his counsel,<br><u>Kevin L. Barron</u><br>Kevin L. Barron, Esq.<br>P.O. Box 290533<br>Charlestown, MA 02129<br>(617) 407-6837 |

## CERTIFICATE OF SERVICE

    Counsel certifies that he has caused a true copy of this document together with its exhibits to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

<u>Kevin L. Barron</u>