# KEVIN LAWRENCE BARRON
### ATTORNEY AT LAW
P.O. BOX 290533
CHARLESTOWN, MASSACHUSETTS 02129
TELEPHONE: 617-407-6837
KEVIN.BARRON@MAC.COM

May 24, 2023

Nadine Pellegrini, &
    Amanda Beck, AUSA's
United States Attorney's Office
1 Courthouse Way - 9th Fl.
Boston, MA 02210

Re:   *USA v. Harry TAM*, Case 1:21-cr-10350-1 LTS
      Discovery Request Letter Under Local Rule 116.3

Dear Nadine and Amanda,

Please give the defense a copy of the government's minimization instructions to the wire room and/or agents, investigators and wire room contractors.  I refer to my May 2, 2023 email to the government concerning the relevancy of the wireroom instructions.  See, *United States v. Gordon*, 871 F.3d 35, 47-48 (1st Cir. 2017).

Very respectfully,
/s/Kevin L. Barron
Kevin Barron
KB