# KEVIN LAWRENCE BARRON
## ATTORNEY AT LAW
### P.O. BOX 290533
### CHARLESTOWN, MASSACHUSETTS 02129
### TELEPHONE: 617-407-6837
### KEVIN.BARRON@MAC.COM
May 25, 2023

Nadine Pellegrini &
    Amanda Beck, AUSA's
United States Attorney's Office
1 Courthouse Way - 9th Fl.
Boston, MA 02210

Re:  *USA v. Harry TAM*, Case 1:21-cr-10350-1 LTS
    Defendant's Discovery at Wyatt Still Missing

Dear Nadine and Amanda,

Defendant files this letter under Local Rules 116.3 and 116.4.
I wish to acknowledge first, however, that your office has
always  been helpful and courteous in providing electronic
discovery.  I am pressing this matter only because we are
running out of time for defendant to review the intercepts.

A month ago, I sent you emails showing that Mr. Tam was not
getting his Rule 116.4 discovery at Wyatt.  Mr. Tam reported in
a conversation yesterday that he still has not received
discovery.  I quote from my emails of April 25 and 26.

April 25 email:

    Tam reports there is a problem with the discovery.  He
    says he has had some discovery access, but he cannot
    get into the disk or drive that was given to
    Wyatt.  He said that he believed that the disk had
    been sent back to you [sic] office months ago.  Do you
    know anything about it?

April 26 email (forwarding report from Wyatt administration):

    . . . .

    What Tam told me is apparently true.  He has not
    gotten access to discovery.  Having him hear the
    intercepts would go a long way to resolving the case.

.  .  .  .

**From:** Yaniris Paulino
**Subject: RE: Harry Tam D Mass Case No 1-21-cr-10350 LTS**
**Date:** April 26, 2023 at 8:56:59 AM EDT
**To:** Kevin Barron , Lus Jimenez
**Cc:** Susan Devonis

Good morning,

This discovery was sent back due to it not working properly. This was sent out on 9/29/2022. We have not received anything back. Detainee Tam was made aware of this and he was also notified that once new discovery was sent in that he will be notified. Unfortunately I have not received anything as of yet.  You can reach out to the USDOJ and see why it has not been sent

*Mrs. Yaniris Rodriguez*
*Evidence & Grievance Coordinator*
*Donald W. Wyatt Detention Facility*


Please have your office attend to this.

It would also be helpful if your office were to request that, in these circumstances, Wyatt administration give Mr. Tam supplemental computer time to review the intercepts.

Respectfully yours,
/s/Kevin L. Barron
Kevin L. Barron
KB
Cc: Mike Andrews