UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  21-CR-10350-LTS |
| | ) | |
| TONY NGUYEN | ) | |

**Motion to Waive Defendant's In-person Presence at
Rule 11 Hearing and Consent to Appear by Videoconference**

Defendant Tony Nguyen hereby moves to waive his presence at his upcoming change of plea hearing and consents, through counsel, to appear by videoconference. As grounds for this motion, Mr. Nguyen states that he has been on release since his arrest in California and resides there with his family. The court declared Mr. Nguyen indigent and appointed counsel. It would cause financial hardship if he were required to travel from his home in California to Massachusetts to appear in person. Additionally, if Mr. Nguyen were to appear in person in Massachusetts and if the court were to order his remand to custody, he would be held in Massachusetts on the other side of the country from his family, who would not be able to visit him or provide their full support.[1]

The court should permit Mr. Nguyen to appear remotely because he is the sole wage earner for his household, which includes his one year-old son and the mother of his child. He has been working hard to support them and recently changed jobs, taking a sales position with a solar

---

[1] Mr. Nguyen intends to file a motion seeking his continued release pending sentencing pursuant to 18 U.S.C. §§ 3143 and 3145(c). *See United States v. Laverty*, 18-cr-40020-TSH (D MA May 8, 2020) (applying 18 U.S.C. § 3145(c) "exceptional circumstances" standard to motion for continued release pending sentencing and ordering continued release): *United States v. Sosa*, 19-cr-39-02-JD (D NH Apr. 21, 2020) (same).

panel company that offered the opportunity for a higher income. Mr. Nguyen likely faces a ten-year mandatory minimum sentence and is doing everything he possibly can to provide for his family. Coast-to-coast airfare, a night in a hotel, ground transfers, and meals likely would approach $1,000 - money which could be put to expenses associated with securing a smaller and more affordable place for his family to reside and ordinary living expenses.

Mr. Nguyen has been in full compliance with his conditions of release. Those conditions were loosened on two occasions, first, to permit travel within California for a planned family trip, and second, to permit travel throughout his home state of California.

Mr. Nguyen is aware that he may be remanded to custody upon pleading guilty if he cannot demonstrate exceptional circumstances that warrant his continued release.[2] Remand in Massachusetts would mean incarceration in a local jail, where Mr. Nguyen would be held until sentencing. That would impose unnecessary and substantial hardship on both Mr. Nguyen and his family, who do not have the means to visit him in a Massachusetts facility

Mr. Nguyen is also aware that this court has modified the availability under the CARES act of criminal proceedings by videoconference and that change of plea hearings should now be done in person. The court should nevertheless permit Mr. Nguyen to appear by videoconference

---

[2]   If Mr. Nguyen is permitted to appear remotely from California, he can easily be remanded there once his plea enters. He could report that day to the court or to the appropriate facility. It may even be possible for the California end of the Zoom conference to take place physically in a federal courtroom or in the Pretrial/Probation Office there. Mr. Nguyen could easily be taken into custody from either location.

because requiring his in-person presence here, across the country from where he resides, and the possibility of remand here, would cause considerable and unnecessary hardship.

TONY NGUYEN
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 25, 2023.

/s/ *E. Peter Parker*
E. Peter Parker