UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB PARLIN,<br><br>    Defendant. | Case No. 21-CR-10350-LTS |

**DEFENDANT'S MOTION FOR EXPEDITED TRANSCRIPT
AT GOVERNMENT'S EXPENSE**

Defendant Jacob Parlin ("Mr. Parlin") respectfully moves this Honorable Court for authorization of payment of an expedited transcript of the Interim Pretrial Conference from April 25, 2023. *See* D.E. 283. As grounds, Mr. Parlin directly addressed the Court on that date, and the undersigned, who did not represent Mr. Parlin at that time, seeks a transcript of that hearing in connection with his representation of Mr. Parlin. Further, given the forthcoming trial date scheduled for September 25, 2023, Mr. Parlin respectfully requests the transcript on an expedited basis.

Accordingly, Mr. Parlin respectfully requests that this Court grant the instant motion.

DATE: August 9, 2023

Respectfully Submitted,
JACOB PARLIN
By his attorney:

/s/ David J. Grimaldi
David J. Grimaldi (BBO # 669343)
David J. Grimaldi, P.C.
929 Massachusetts Avenue, Suite 200
Cambridge, MA 02139
Tel: 617-661-1529
Fax: 857-362-7889
david@attorneygrimaldi.co

1

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants via CM/ECF this 9th day of August 2023.

                                                /s/ David J. Grimaldi
                                                David J. Grimaldi