UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HARRY TAM, *et. al.*

Defendants

CRIMINAL No. 1:21-cr-10350 LTS

**OBJECTION TO CONFIDENTIAL SENTENCING RECOMMENDATIONS**

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully objects to confidential sentencing recommendations in this case.

Nine defendants have been arraigned in this case.  Defendant Eli Sanders was sentenced on February 3, 2023.  Defendant Jacob Parlin is scheduled to begin trial on September 26, 2023. The other seven defendants have pleaded guilty to various charges and are scheduled to be sentenced in the fall of 2023.  During each defendant's Rule 11 hearing, the Court explained that, if either party objected to the Court's receipt of a confidential sentencing recommendation from the United States Probation Office in advance of sentencing, that party should notify the Court of such objection.  In accordance therewith, the government now respectfully objects to the Court's receipt of any such confidential sentencing recommendation as to any defendant yet to be sentenced in this case.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ *Amanda Beck*
Amanda Beck
Assistant United States Attorney

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                __/s/ *Amanda Beck*_____
                Amanda Beck
                Assistant United States Attorney



Date: August 15, 2023