RECEIVED IN CLERK'S OFFICE
DATE 9/8/23

8/16/2023

Dear Judge Leo T. Sorokin,

I am writing this letter to talk about the "Restorative Justice" pilot program that has been ongoing here at the Wyatt Detention facility. I have been participating since January of this year and am currently to begin phase 3 of the program. Some of us who are participating had requested AUSA Jamie Herbert to direct us on what we could do to help promote this program further or show our support. This letter is one of the suggested avenues that was given to us, so it is with great hopes that these words may shed some light into how this wonderful program has helped to start a movement.

First, I want to express my gratitude for this program. I have learned much from this experience that has opened my eyes to a new way of seeing things. I want to share some of these new insights with you. I feel very fortunate that I was selected for this program, because I have gotten to know some very special people I would never have met otherwise. Some of us have likened it to feeling like "winning the lottery" by being selected. Like many others, I have spent most of my life carrying the "us versus them" mentality towards law enforcement, prosecutors, and the court system. Sitting alongside these very same people, sharing honest stories together, being vulnerable with each other, learning to trust one another, and eventually building new friendships has done much to restore my faith in the system. In fact, it brought tears to my eyes to know that some people actually still care about those like me and that they, too, are sorry for the damage that has been inflicted by this never-ending battle. That even those on "the other side" wish to no longer abide by the "us versus them" mentality that has dominated the system for too many decades to count.

I believe it was a crucial point to overcome the "monster" word together because it has encompassed both sides for far too long- the belief that criminals are "monsters" that need to be locked up; the belief that prosecutors are "monsters" for trying to take our lives away. Instead, we were all able to come to the more realistic view that: criminal "monsters" were in fact broken people who can change and be helped; and prosecutorial "monsters" can help and be advocates. Thus, the mantra "hurt people hurt people" and "healed people heal people". These have resonated deep within, and I have 100% bought in.

Those of us who participated in the program learned to listen to the stories of victims and prosecutors without being defensive or looking for excuses. For the first time, we trusted the process of healing that was being shared with us. That acknowledging the problem, accepting responsibility, and taking honest action to correct would set us free. In turn, we helped victims with their continued healing process and prosecutors find a worthy alternative to justice that can work for everybody. And though it may not have technically "set us free" in the literal sense, it has helped in the sense of freeing us from our toxic minds – where shame, guilt, pain, anger, uncertainty, and harsh self-talk have led to a lifetime of self-inflicted damage and sabotage… unhealthy choices and decisions that did not work for anyone. Together, we have learned that there are more positive and healthy ways to find resolution to our problems and circumstances.

The exercises, reading assignments, and "the circle of trust" discussion groups challenged each of us to dig deep and contribute. The "safe space" allowed us to share with each other our ideas and thoughts without judgment or penalty. Soon, we were strangers no longer but pieces of a broken society yearning to work together towards a better tomorrow for each of us to live in. We laughed and cried together, gave each other praise and encouragement – and in doing so saw the true humanity that existed within each of us. There is no "us versus them", there is only us as a community. A community that wishes to see everyone together, coexisting and thriving. This restorative justice group not only planted those seeds, but also watered these

ideas and gave it sunshine in which to grow. It is not too far-fetched to believe and see a future in which these seeds grow into beautiful life whose shade will drown out the weeds that exist in today's world.

There is a hunger amongst many in custody who want to change, but not much in the form of programs or help in order to do so. One of the cool things about the restorative justice program was that we were able to witness and experience the formations of real friendships. After spending a lifetime investing in unhealthy relationships with people doing all the wrong things, many of us lost the ability to create positive connections with healthy people. The kind of people who are willing to give good advice, coach us through a tough situation, and unafraid to give us honest thoughts and opinions. Sitting in the "circle of trust" definitely pushed each of us into those types of healthier connections and friendships. In fact, some of us even came to refer to the group as "therapeutic", for obvious reasons. Little by little, each participant opened up their vulnerability and authentic friendships were developed. This empowered us, and the glow we carried with us back into the population caught the attention of others who wanted this same empowerment. Almost everyone wanted to hear about this program, be a part of it, and learn the things we were learning.

When I was last in your courtroom, your Honor, you challenged me to think about the things I have learned through the Restorative Justice program. You also challenged me to make a choice between doing the same things I have been doing, or to do something differently. I agree with you completely and, thus, have started a "restorative justice" men's group. It is called "Building on Self-Substance" (or B.O.S.S.). Currently, the group is 16 members and growing. I recognize that the opportunity to change and implement the valuable lessons learned through the program is right now. Much of the material and topic discussions derive from what was learned and shared during the "RJ" groups, along with new material incorporated from popular self-help books. Not only does this enable the participants of the "RJ" group to continue meeting together and furthering our newfound growth, but it enables us to share this group with others who are hungry for this empowerment. Thus, doing our part to spread the good "seeds" beyond those of us who have been fortunate enough to participate in the program. Participating in the pilot "Restorative Justice" program you spearheaded is what has inspired me to take this next step: to do something positive, productive, and healthy. Not to just talk about doing it someday, but to do it today – right now.

This letter is not an attempt to get credit for doing something "above and beyond". Instead, it is a confirmation that there is a hunger for more programs like the "Restorative Justice", and that people here are looking for opportunity to do something to better themselves. That the program has succeeded in planting the "seeds" of change and growth, and that there is a real possibility of a drastic movement to facilitate positive change. I know I am committed to it. Thus, it is with great hopes that more programs like the Restorative Justice may be considered and provided to those of us who are hungry for it. Also, more programs, help, and guidance for those of us wishing to continue the growth already started by these efforts moving forward. Furthermore, I am volunteering my time and assistance in any way you may see possible to achieve these things.

Thank you very much for your time and consideration your Honor. I hope this letter will have achieved its purpose in shedding light upon the success of the Restorative Justice program.

Very Truly Yours,

Harry Tam