UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HONORABLE LEO T. SOROKIN**          John Joseph Moakley Federal Courthouse
  **U.S. DISTRICT JUDGE**                              One Courthouse Way
                                                        Boston, MA 02210
                                                         (617) 793-8151


UNITED STATES OF AMERICA

        V.                                    Docket No.: 21-cr-10350-LTS

ROBERT OSTRANDER


Please be advised this court mandates ROBERT OSTRANDER to 90-100 days of Inpatient Treatment at St. Joseph's Addiction Treatment and Recovery Centers (159 Glenwood Drive, Saranac Lake, NY, 12983) followed by any aftercare placement deemed necessary by the facility.

This mandate includes any services needed at Adirondack Medical Center of Saranac Lake, NY, and any prescriptions needed from Health Direct of Gouverneur, NY, or Kinney Drugs of Saranac Lake, NY.

**IT IS SO ORDERED.**

**Dated:** 11/13/2023

                                                    /s/ Leo T. Sorokin
                                                   Hon. Leo T. Sorokin
                                                   U.S. District Judge