March 10, 2024

Dear Honorable Judge Sorokin,

My name is Patricia Newhall. I am writing on behalf of my nephew Jacob Parlin. I have known and had contact with my nephew since he was an infant.

Jacob has been a loving human being his entire life. I miss his strong hugs. Jacob grew into a responsible young man who fathered 3 children. ▉▉▉ Parlin is 23 years old, J▉▉▉ Parlin is 19 years old and ▉▉▉ Parlin is 17 years old. He has been a good worker and provider for his children. His emphasis is and has been on family. His children and his family need him in their lives.

It is my belief Jacob is very remorseful for placing himself in the situation he now faces. I feel he could benefit from any leniency the Court could show toward him.

I thank you most sincerely for your time and consideration.

Patricia Newhall