1/31/24


To the Honorable Judge Sorokin:

I moved to Boston to get away from my old roots, affiliations with old associates, and my ties to drugs. Being freshly graduated from the Salvation Army, I was on fire with the joy of sobriety and full of enthusiasm for the new life awaiting me.  In Boston was a wonderful woman, Jade, who welcomed me into her life and family with open arms.  I established a worthy and stable career at Midas Auto Repair, where I discovered I had a natural talent for business management.  For the first time in my life, I was earning over six figures a year.  My relationship was budding in many amazing ways, with the highlights being the pregnancy of our first child together and Jade saying yes to my marriage proposal.  I had never felt happier or more successful in my life, your Honor.  I felt so ready and able to maintain this newfound life that God had so generously blessed me with.

And then I made a very stupid decision: I chose to relapse.  I believed it to be a harmless event in that moment – a guilty "pleasure" – while visiting family and friends in California.  I told myself that it would be a "one time deal" and I would stop when I got back to Boston.  I never imagined the "Pandora's Box" that I would be opening with this very ill-advised decision – "just this once" would turn into a full-blown relapse and sink me completely.

I found myself recreating the "drug environment and lifestyle" here in Boston.  My "happy" life would soon become unraveled via self-destruction.  I found myself making irresponsible decisions, engaging in reckless behavior, being selfish, and unwilling to be honest about my relapse.  This would further derail me until I allowed myself to fully engage, again, in the criminal lifestyle associated with methamphetamine addiction.  The problem is that I didn't just stop at relapse, but that I started making decisions that poisoned our community – namely, distributing drugs.  And in doing so, I put my family, loved ones, and countless others through the hell associated with addiction...even beyond the people that I dealt with or encountered.  The ripple effect of drug use extends into so many different forms that hurt the community.  I am taking accountability for my destructive behavior.  I feel very embarrassed and disgusted by my actions.  I understand that I disrespected the community and the people that I love the most.  I disrespected myself.  For all of these reasons and more, I am deeply very sorry.

I write this today feeling absolutely scared to death.  Terrified because I am uncertain whether I have screwed my life up beyond repair.  I definitely am aware that I have placed myself in a very perilous situation.  It is very frustrating because I know I am so much better and capable of more than this!  For me, it feels like I woke up from the nightmare of addiction and found myself in the nightmare of jail and courts.  I feel devastated knowing that it was not too long ago that I was "soaring high" on life, and now I cannot even recall the last time I felt happy.  I only know that it was before I relapsed.

I know that, for me, it starts with my addiction.  I do not commit crimes or break the law when I am sober.  I realize that I have developed some type of alter ego that takes over while under the influence of drugs, resulting in the making of very regrettable and foolish decisions.  Therefore, maintaining my sobriety is my number 1 priority.  I have worked hard to gain a thorough understanding of my disease and address the brokenness inside of me that leads me back to that dead-end lifestyle.  I have done so by pouring countless amounts of time and energy into self-help coursework, literature, and mental

health sessions.  The program that benefited and affected me the most was the "Restorative Justice" (RJ) program – which I began participation back in January of 2023.  There has been nothing easy about the RJ program.  I have been challenged repeatedly to reflect on difficult questions, feelings, and thoughts in order to gain insight on all the ways I have hurt others.  From this experience, I developed a strong passion and courage to pick up all the pieces of my life and address the damages that I have caused.  Listening to the hurts I inflicted, especially to the people I love most, was painful and hard.  Acknowledging my wrongdoing without excuse was even harder.  It was excruciating to know that I hurt so many loved ones for so long.  But I am committed to this path of healing and facing the skeletons in my closet because I understand how crucial it is for my recovery.  I also learned that I have been living in constant toxic shame and fear for years, even before my arrest (i.e.; ashamed that I broke my promise to never do drugs again; that I felt so powerless about my addiction; that my life had spun absolutely out-of-control) (fear that asking for help would lead to loved ones rejecting me; that admitting my relapse would lead to trouble with law enforcement; terrified of running out of drugs and being forced to detox).  These are just a sample of the many new insights gained from participating in RJ.  This program has truly helped me grow in many ways.  I met wonderful people who have forever impacted the way I see things.  I realized that I was capable of befriending positive influences.  These are the exact types of friendships I need most in my recovery, and thought was beyond my reach because of my criminal history.

The last few years have been a sickening and terrible way to live.  As a child and young adult, I never imagined my life would turn out this way.  I would never wish this type of life on anyone, yet I realize that by distributing drugs and enabling others to do so – I was doing exactly that.  This experience has deeply humbled me and forced me to be honest with myself.  And so, I have found silver linings from this experience.  Some examples of these "graces in disguise": that (1) today, I find myself sober and working hard to save my life and future, so that I may never subject my loved ones or the community to this type of behavior again; (2) I have been able to successfully distance myself and close the doors to old associates and criminal ties for the first time in my life; (3) I have learned how to repair many of the important relationships in which I damaged during my destructive conduct; (4) I have figured out how to be a healthy father and family member; (5) I am very lucky that my actions and behaviors did not lead to death; (6) I have made great gains on healing my spiritual, emotional, mental, and even physical self; (7) I have reestablished a healthy relationship with God; and many more.  I really could go on and on with the ways I have created positives out of these last few years.  Realizing that I feel so much regret today for my past actions, I have developed a motto that I live by each day: I can avoid regretting my tomorrows by doing the right things TODAY.  Thus, I give 100% effort into becoming a better me every single day.

I understand that my history and record do not look good.  That it paints me as a terrible person, but it is with great hopes that Your Honor will consider the progress I continue to make in order to put this past version of myself behind me.  I have grown, adapted and learned so much as I strive to develop into the best version of me.  The past few years have given me much time to reflect and think about my actions and decisions in life.  It is clear that – from a very young age – my life has been riddled with many bad choices and decision making while under the influence of drugs.  However, I have made a commitment to start loving myself better and not allow my past to define me as a person any longer.  To end this cycle now, once and for all.

Today, I am humbly and respectfully hoping that Your Honor would consider the minimum sentence applicable for me.  That you will find my life salvageable and worth saving.  I also hope to be given the opportunity to participate in the First Step Act's programs, which would give me the opportunity to earn credits with continued hard work in self-betterment programs.  Please HELP me get my life back on track so I may have a future where I am a productive part of my family and my community.  I know this is asking a lot.  I am willing to do whatever it takes to break this cycle of addiction and walk away from this lifestyle.  I now know I cannot do it alone.  I am all ears and willing to learn. These last few years have been the hardest and scariest for me.  I have been fighting hard to save my life, and - despite the constant stress, pressure, and bad news at almost every turn – I have never given up on myself.  I have maintained faith and positive energy throughout.  I believe this progress to be indicative that I have gained the ability to face and overcome all future adversity that may test my sobriety.  I have learned to appreciate life and not take it for granted.

I can no longer question the importance of maintaining my sobriety.  Therefore, I am committed to life-long participation in drug recovery and sobriety programs.  Furthermore, I will give 100% effort to continued participation in programs – both in custody and after release – towards my efforts of becoming the best version of myself possible.  I know now that this is a life-long process and commitment.  It is one that I am more than willing to take.  This includes being involved with "Restorative Justice" in whatever capacity that it may be offered to me.  I will dedicate to volunteering at rehab centers because I believe that I have the ability and power to help save lives.  I have discovered that this passion helps me to stay grounded on my own path to recovery, as well.  I will offer my story to others who are struggling with drugs and the lifestyle.  I am determined to make things right with everyone that my life and actions have ever negatively impacted.

Not lost upon me is the fact that I can give back to the community by way of fathering my children.  Being a positive presence in their lives and giving them the best chance at a life free of the drugs and bad decisions that plagued mine.  I look forward to being involved with their extra-curricular activities, such as: coaching sports they have a passion for, being involved with story reading, cooking healthy meals, being the "present" dad at birthday parties, and so on.  I took fatherhood for granted, but now I realize I enjoy it very much and am quite good at it.  I have spent countless hours making story books and artwork that I send home.  Seeing the delight on their faces makes me feel so proud.  I absolutely can make a difference in the world by doing my best job at fathering and being a positive role model in the community that they can be proud of.  As for my career ambitions, I have a number of quality skills that will help me obtain gainful employment and a good living income. This includes a unique skill-set in auto repair, where I am ASE certified and considered a "master-mechanic".  I also have skills in landscape design, carpentry, electrical, to name a few.  Not to mention a college education in Business Human Resources that I could always fall back on.  My goal is to own an auto repair shop and build something my family will be proud of.  This will give me the flexibility to be an active and present father to my children. I have a young family that I have much "making up" to do.  My incarceration the past several years has been especially hard on them, and I realize how essential my role as a father really is.  I have given my all to heal the damage that I caused each member of my family.  Again, it has not been easy at all but I have made every effort possible to be a part of their lives while in custody.  I am eager to be the best father and family man that I can possibly be.  This is more important to me than all the financial success I could ever achieve.  I want to be involved with their academics, morning school

routines, and every other thing I took for granted before.  I know that the future is limitless, as long as I stay on the straight and right path.

I understand and realize that I must help myself by loving myself better.  That I must be my own best friend instead of my own worst enemy, in which I have been for too many years to count.  Loving myself means making good decisions from here on out that will help me and lead to better scenarios in my future life.  One good and righteous decision at a time.  I know it is a lot of hard-work, but it is one that I am desperate to achieve.  I want you to know that I have been actively practicing these habits every single day, and am firmly committed to doing so for the rest of my life.  There is no completion date or certificate for this because it is a forever process.  That doesn't mean to say that I will never make a mistake or bad decision again, but that I will stay mindful that every decision I am ever faced with will affect my future.  Making the RIGHT decisions will be of upmost importance to me.  I want to be remembered as something more than a delinquent, addict, and criminal.  To earn my redemption.  To prove that I am better than this and I can treat myself, and others, better.

Your Honor, again, I am truly sorry for my failures the past several years.  I feel terrible for the ways I have hurt people.  Not just towards those who love me, but even strangers in the community, victims of my selfishness, and the families affected by the ill effects of addiction.  For all of this, I am very sorry and deeply ashamed.  I am committed to doing everything in my power to get myself right and my life in order - because I know this is the best way to repay the community and those that I love for all the problems my actions have caused.  It is with great hopes that all my hard work to better myself have shined through to you today.  That somehow all my growth and newfound maturity will be obvious and apparent before this court, and perhaps earn me some merit to garner help and assistance, rather than just punishment.  I am willing to contibute working hard and give my best effort regardless of the outcome here today.  I am determined to start living my life like I LOVE it, because I do.  Thank you, Your Honor, for your time and consideration in this matter.  I pray that my words here will resonate and that you may see a changed person before you, very different from the old me that my previous record paints me as.


Sincerely Yours,


Harry Tam