FILED
IN CLERK'S OFFICE
2024 SEP 20 PM 12: 02
U.S. DISTRICT COURT
DISTRICT OF MASS

To Your Honorable Leo Sorokin:                                              9/16/24

I am writing this letter for a few reasons, the first of which is to inform you that I have "mainlined" at FCI Cumberland, which is in Maryland. I got here in July and have pretty much adjusted and settled in. As far as "medium" security goes... I guess this place is considered one of the better ones — though I am very far from home. They definitely took me outside of the 500 mile radius, so its going to be pretty difficult to get visits. I believe its like a 9-10 hour drive... and plane tickets for a family of 4 is not really financially doable at this point. I have this strong fear that my children are going to forget my face (they're still young), but I really have no other option at the moment other than to dig in and get through this as best as I can and hope to see their faces again soon...

I also wanted to inform you that I have not been able to reach my lawyer Kevin Barron in several months. I am concerned because this is not a normal characteristic since I have known him. He always answers or returns messages — and neither I nor my family have been able to contact him since the beginning of July. I'm not sure if its because the case is done (though I do Not know what happened at the last court date on July 17th) or if something else is going on. The last time I spoke to him was a week or so before the above said court date. My family and I have been trying to figure out how to claim/retrieve the $9550 that the government "is no longer seeking forfeiture" on. This is the amount of cash I had upon my person on the day of my arrest on December 2, 2021. Mr. Kevin Barron advised me that he had to complete/fill out some paperwork and submit it. Your clerk advised Jade the same — I had her call to figure out if this was something we could take care of on our own when we couldn't reach Mr. Barron. The problem is: That

we cannot reach or get a hold of Mr. Barron so that he could complete that paperwork for us! We cannot afford to hire or retain another lawyer and we really can't afford to lose out on that amount of money neither. I was also concerned of any possible deadline or expiration date concerning that $9550. Would you be willing to order an extension on any deadline or response date for that money? The government has already stated that they no longer seek forfeiture. Additionally, could you order for someone to contact Jade via email or phone { I believe your clerk has all this info — jadet@msn.com / 617-710-0218} to instruct her on how to retrieve these funds? It would go a long way towards helping her with the kids and the family right now, your Honor.

    I have continued to work hard on bettering myself and build up my BOSS curriculum. Its harder now because — believe it or not — we are not given computer access or word processor to type up documents! There are typewriters — but you must purchase over $100 in equipment in order to utilize it. For now, I am just writing all my ideas the old fashioned way — by paper and pen. I try to stay positive and count my blessings — I know things could have been much worse. Thank you for giving me the chance to still make corrections and redeem myself. There isn't a single day that I allow to be "wasted". I hope all is well on your side of things. As stated before, I will continue to write and give you updates — whether pertinent or not. For now, I look forward with hopes that you will assist and help me to get this money ($9550) released to my family... or have someone advise us on what to do. Thank you Again, especially for your time and concern.

                                    Sincerely,

Harry Tam 78580-509
FCI Cumberland
P.O. Box 1000
Cumberland, MD 21501

                                           9/16/24
                                Harry Tam 78580-509