Harry Tam
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

10-5-2025

FILED
IN CLERKS OFFICE
2025 OCT -8 AM 11:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

The Honorable Leo T. Sorokin
US Federal Courthouse - 1st Circuit
One Courthouse Way
Boston, MA 02210

RE: Case No. 21-CR-10350-LTS

Dear Judge Sorokin:

I am writing to respectfully inquire about a pending matter in my case and to provide the Court with an update on my rehabilitative efforts, which I hope will be of interest.

First, I wish to inquire about the status of the government's motion for forfeiture of the Lexus vehicle. In April of this year, Jade and I filed timely oppositions to that motion. I respectfully ask if the Court has reached a decision on this matter or can provide an update on its status.

Second, at my sentencing, you expressed hope that I would continue to develop the BOSS Restorative Justice Program. I am writing to inform you of my progress. I am currently working to establish the BOSS program as an official Adults Continuing Education (ACE) course here at FCI Fort Dix. These inmate-facilitated classes allow participants to earn recidivism reductions under the First Step Act.

The ACE program approval process is multi-staged, requiring review by an inmate selection committee and the completion of requisite training for instructors. This process is ongoing. I have identified several other inmates who are interested in collaborating to teach and expand the program's mission. If the selection committee approves the program, I am hopeful that classes may begin as early as January 2026. I believe this work aligns with the vision of the Restorative Justice Group I completed under your supervision.

Additionally, I have been writing a memoir and guide that will incorporate the principles of the BOSS program. The book is projected to include four parts: a memoir, the origins of BOSS, a "Roadmap to Recovery" featuring over 52 assignments, and a section on life after recovery. I am actively seeking literary representation for this project.

This leads to my final and most important reason for writing. As I move forward with the BOSS program and my book, I am committed to ensuring that my actions are ethically sound and procedurally correct. I am uncertain about the appropriate boundaries regarding the use of materials and concepts from the court-sanctioned Restorative Justice Group.

Therefore, I respectfully seek the Court's guidance on the following questions:

1. Is my use of the "Restorative Justice" name, and the adaptation of its concepts in my independent program and book, permissible?

2. What are the proper protocols, if any, for seeking guidance

or collaboration from former facilitators of the group, such as AUSA Jamie Herbert or Probation Officer Maria D'Addieco? I do not wish to breach any professional or ethical rules.

I apologize if these questions are impertinent; my goal is solely to proceed correctly. The principles I learned in your program continue to be transformative, and I wish to honor them by extending their reach in a proper and respectful manner.

Thank you for your time and consideration.

FILED IN CLERKS OFFICE
2025 OCT -8 AM 11:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

Respectfully,

[signature] 10/5/25

Harry Tam 78580-509
FCF Fort Dix
P.O. Box 2000
Joint Base MDL, NJ. 08640